## Commonwealth *v.* Seiders, Appellant.

Submitted March 16, 1970. *Frederick S. Wolf,* Assistant Public Defender, for appellant; *Frederick S. Wolfson,* Assistant District Attorney, and *George E. Chris-*

*tianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.